In re DOWD. (Supreme Court, Appellate Division, Second Department. March 24, 1911.) In the matter of the application of Frederick C. Dowd for admission to the bar. No opinion. Application granted.

DUFF, Respondent, v. VILLAGE OF AVON, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 29, 1911.) Action by Helen Duff against the Village of Avon.

PER CURIAM. Judgment and order affirmed, with costs.

ROBSON, J., dissents.

DUFFY v. NEW YORK CONTRACTING CO.—PENNSYLVANIA TERMINAL. (Supreme Court, Appellate Division, First Department. March 17, 1911.) Action by Ellen Duffy against the New York Contracting Company —Pennsylvania Terminal. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

DURRELL et al., Respondents, v. SCHOOL DISTRICT NO. 8, OF TOWN OF SHERIDAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 14, 1911.) Action by John Durrell and another against School District No. 8 of the Town of Sheridan.

PER CURIAM. Judgment affirmed, with costs.

WILLIAMS, J., dissents.

DURYEA, Respondent, v. THELBERG et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 7, 1911.) Action by Walter E. Duryea against Eva A. D. Thelberg, individually, etc., and others. No opinion. Judgment affirmed, with costs.

DURYEA et al., Appellants, v. ZIMMERMAN et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 10, 1911.) Action by Frances C. Duryea and others, as executors, etc., against Eugene Zimmerman and others. No opinion. Motion denied, with $10 costs. See, also, 127 N. Y. Supp. 664.

DWIGHT v. CARMEN GUANAJUATO GOLD MINING CO. (Supreme Court, Appellate Division, First Department. March 24, 1911.) Appeal from Trial Term, New York County. Action by Theodore Dwight against the Carmen Guanajuato Gold Mining Company. From a judgment for plaintiff, and an order denying a new trial, defendant appeals. Modified and affirmed, upon condition that plaintiff stipulate to reduce the judgment. See, also, 125 N. Y. Supp. 1118. Donald McLean, for appellant. Samuel M. Richardson, for respondent.

PER CURIAM. The plaintiff was entitled to 7 per cent. interest only on the par value

128 N.Y.S.—71

of the bonds. Having elected to exercise the option to receive payment at the price of 110, he was only entitled to 6 per cent. on the value of his bonds at that price from the time of the defendant's refusal to comply with his demand, January 1, 1910. The judgment and order are reversed, and a new trial granted, with costs to appellant to abide the event, unless the plaintiff stipulate to reduce the judgment as entered, including costs, to the sum of $23,146.70, in which event, the judgment, as so modified, and the order appealed from, are affirmed, without costs.

EATON, Respondent, v. HOME INS. CO., Appellant. (Supreme Court, Appellate Division, First Department. April 13, 1911.) Action by Charles M. Eaton against the Home Insurance Company. H. Cabell, for appellant. A. L. Davis, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re EDELMUTH. In re WALTON AVE. (Supreme Court, Appellate Division, First Department. April 13, 1911.) In the matter of Henry Edelmuth as executor, etc. In the matter of Walton Avenue. No opinion. Motion granted. Order filed. See, also, 127 N. Y. Supp. 445.

EELLS v. MORSE. (Supreme Court, Appellate Division, First Department. March 17, 1911.) Action by Mary W. Eells against Janin S. Morse. No opinion. Motion granted. Order filed. See, also, 127 N. Y. Supp. 438.

EGLINTON, Respondent, v. BROOKLYN HEIGHTS R. Co., Appellant. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by Elizabeth A. Eglinton against the Brooklyn Heights Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, on the ground that the verdict is against the weight of evidence.

HIRSCHBERG, J., dissents.

EHRHART, Respondent, v. BRUNS, Appellant. (Supreme Court, Appellate Division, Second Department. March 28, 1911.) Action by Eugene Nelson Ehrhart against William D. Bruns, individually and as executor, etc., of William D. Bruns, deceased.

PER CURIAM. Judgment and order affirmed, with costs.

WOODWARD and RICH, JJ., dissent.

EIDT v. EIDT et al. (Supreme Court, Appellate Division, First Department. April 13, 1911.) Action by John C. Eidt against Christine Eidt and others. No opinion. Motion denied. Order filed. See, also, 127 N. Y. Supp. 680.